# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE, *et al.*, | : Case No. 3:23-cv-156 |
| Plaintiffs, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : |
| XAVIER BECERRA, *in his official capacity as Secretary of the U.S. Department of Health and Human Services, et al.*, | : |
| Defendants. | : |

## ORDER

This matter is before the Court upon Plaintiffs' Motion to Change Designation of Trial Attorney. (Doc. #26). In their Motion, Plaintiffs request that Jeffrey Bucholtz, who is admitted as *pro hac vice* in this action, be designated as their Trial Attorney. *Id.* In support, Plaintiffs assert that Mr. Bucholtz is an expert in constitutional law, which is the subject-matter of this case, and attach a biography outlining his credentials. *Id.* Plaintiffs also state that, if permitted to be designated as Trial Attorney, Mr. Bucholtz will continue to associate with admitted members of this Court, Tami Hart Kirby and Emma M. Walton. *Id.*

Pursuant to S.D. Ohio Civ. R. 83.4(a), attorneys that are admitted as *pro hac vice* are permitted to serve as the designated Trial Attorney in the Court's discretion and upon a motion for good cause. Accordingly, for good cause shown, Plaintiffs' Motion (Doc. #26) is **GRANTED**. Jeffrey Bucholtz is hereby substituted for Gregory A. Ruehlmann as the designated Trial Attorney for Plaintiffs. The Clerk of Court is hereby **DIRECTED** to update the docket to reflect this change.

**IT IS SO ORDERED.**

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge