**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE, *et al.*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>XAVIER BECERRA, *et al.*,<br><br>     *Defendants*. | **No. 3:23-cv-00156-TMR-PBS**<br><br><br><br>**Judge Thomas M. Rose** |

## <u>AGREED ORDER SETTING BRIEFING SCHEDULE</u>

Pursuant to the Court's direction at the July 25, 2023 initial scheduling conference, and agreement of the parties, the Court hereby enters the following stipulated briefing schedule:

- **August 11, 2023** – Defendants will file their opposition to Plaintiffs' motion for a preliminary injunction (Dkt. 29) and a separate motion to dismiss for lack of subject-matter jurisdiction.

- **August 25, 2023** – Plaintiffs will file a reply in support of their motion for a preliminary injunction and a separate opposition to Defendants' motion to dismiss.

- **September 8, 2023** – Defendants will file a reply in support of their motion to dismiss.

**IT IS SO ORDERED**.

July 27, 2023                             s/Thomas M. Rose

                                         UNITED STATES DISTRICT JUDGE

AGREED TO BY:

**KING & SPALDING LLP**

*/s/ Jeffrey S. Bucholtz*

Jeffrey S. Bucholtz (*pro hac vice*)
  * *Trial Attorney*
Christine M. Carletta (*pro hac vice*)
Alexander Kazam (*pro hac vice*)
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com
ccarletta@kslaw.com
akazam@kslaw.com

Gregory A. Ruehlmann (No. 0093071)
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
(404) 572-4600
gruehlmann@kslaw.com

*Attorneys for Plaintiffs Dayton Area Chamber of Commerce, Ohio Chamber of Commerce, Michigan Chamber of Commerce, and Chamber of Commerce of the United States*

**PORTER WRIGHT MORRIS & ARTHUR LLP**

*/s/ Tami H. Kirby*

Tami H. Kirby (No. 0078473)
Emma M. Walton (No. 0100024)
One South Main Street, Suite 1600
Dayton, OH 45402
Tel. (937) 449-6721
Fax (937) 449-6820
tkirby@porterwright.com

**U.S. CHAMBER LITIGATION CENTER**

Andrew R. Varcoe (*pro hac vice*)
Jennifer B. Dickey (*pro hac vice*)
1615 H Street NW
Washington, DC 20062
(202) 463-5337

BRIAN M BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Alexander V. Sverdlov*

ALEXANDER V. SVERDLOV (NY Bar 4918793)
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
CHRISTINE L. COOGLE (D.C. Bar No. 1738913)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov
stephen.pezzi@usdoj.gov
christine.l.coogle@usdoj.gov

*Attorneys for Defendants*

*Attorneys for Plaintiff Chamber of Commerce*
*of the United States of America*