**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>XAVIER BECERRA, *et al.*,<br><br>                    Defendants. | Civil Action No. 3:23-cv-00156-TMR-PBS<br><br>Judge Thomas M. Rose<br><br>Magistrate Judge Peter B. Silvain, Jr. |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' complaint is **DISMISSED**, in its entirety, under Federal Rule of Civil Procedure 12(b).

**SO ORDERED**.

Date: _____

_____
Thomas M. Rose
UNITED STATES DISTRICT JUDGE