**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>XAVIER BECERRA, *et al.*,<br><br>        Defendants. | **No. 3:23-cv-00156-TMR-PBS**<br><br>**Judge Thomas M. Rose**<br><br>**Magistrate Judge Peter B. Silvain, Jr.** |

**[PROPOSED] ORDER**

Upon consideration of the motion of Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA for leave to file a memorandum as amici curiae in support of defendants' opposition to plaintiffs' motion for a preliminary injunction, and of the full record before the Court,

IT IS HEREBY ORDERED that the motion is GRANTED.

August ___, 2023                              _____
                                             UNITED STATES DISTRICT JUDGE