UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON AREA CHAMBER OF COMMERCE, et al.,

    Plaintiffs,

vs.

XAVIER BECERRA, et al.,

    Defendants.

Case No. 3:23-cv-156

District Judge Thomas M. Rose

## ORDER

The Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above captioned matter is hereby **TRANSFERRED** from the docket of the Honorable Thomas M. Rose to the Clerk of the United States District Court for the Southern District of Ohio at Dayton, for random reassignment.

**DONE** and **ORDERED** in Dayton, Ohio, this 1st day of September 2023.

Thomas M. Rose
United States District Judge