# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE *et al.*, | |
| Plaintiffs, | Civil Action No. 3:23-cv-00156-MJN-PBS |
| v. | Judge Michael J. Newman |
| XAVIER BECERRA *et al.*, | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Brian D. Netter hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

Dated: September 12, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Brian D. Netter
BRIAN D. NETTER (D.C. Bar No. 979362)
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Tel.: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*