UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON AREA CHAMBER OF
COMMERCE, *et al.*,

    Plaintiffs,

vs.

XAVIER BECERRA,
In his Official Capacity as Secretary
of the U.S. Department of Health
and Human Services, *et al.*

    Defendants.

Case No. 3:23-cv-156

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER: (1) GRANTING THE PARTIES' UNOPPOSED MOTION TO AMEND THE CALENDAR (Doc. No. 60); AND (2) ISSUING AN AMENDED CALENDAR BY WHICH THIS CASE SHALL PROCEED

---

The Court has reviewed Defendants' unopposed motion to modify the briefing schedule to reflect Plaintiffs' original proposal in the Rule 26(f) report. Doc. No. 60 at PageID 689. The Court is willing to accommodate the proposed schedule, which requires the parties to write fewer briefs overall. However, after previously setting an original deadline for Plaintiffs to file their motion for summary judgment in December, the Court finds it necessary to adjust the Friday, November 3, 2023 proposed deadline for Plaintiffs to file their motion for summary judgment. The Court will adopt a timeline similar to the one proposed, except each deadline has been pushed back by two weeks. This will give the parties sufficient time to prepare complete and concise briefs.

The specific case management dates and deadlines in this case are as follows:

| | |
|---|---|
| 1. Plaintiffs' motion for summary judgment due: | **November 17, 2023** |

2

| 2. | Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment due: | **December 22, 2023** |
|---|---|---|
| 3. | Plaintiffs' reply and opposition to Defendants' cross-motion for summary judgment due: | **January 24, 2024** |
| 4. | Defendants' reply due: | **February 14, 2024** |

In light of the above, the unopposed motion to amend the calendar is **GRANTED** for good cause shown.

**IT IS SO ORDERED.**

<u>November 2, 2023</u>                                                          <u>s/Michael J. Newman</u>
                                                                                        Hon. Michael J. Newman
                                                                                        United States District Judge