UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:23-cv-00156-MJN-PBS |
| XAVIER BECERRA *et al.*, | Judge Michael J. Newman |
| Defendants. | Magistrate Judge Peter B. Silvain, Jr. |

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs hereby move to modify the briefing schedule set by the Court's November 2, 2023 Order to reflect the following deadlines:

- Plaintiffs' motion for summary judgment: **November 8, 2023**

- Defendants' cross-motion for summary judgment / opposition to Plaintiffs' motion for summary judgment: **December 15, 2023**

- Plaintiffs' reply / opposition to Defendants' cross-motion for summary judgment: **January 10, 2024**

- Defendants' reply: **January 31, 2024**

Defendants authorized Plaintiffs to report to the Court that they do not oppose the relief requested in this motion.

Dated:  November 3, 2023   Respectfully submitted,

**KING & SPALDING LLP**

*/s/Jeffrey S. Bucholtz*

Jeffrey S. Bucholtz (*pro hac vice*)
  *Trial Attorney
Christine M. Carletta (*pro hac vice*)
Alexander Kazam (*pro hac vice*)
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com
ccarletta@kslaw.com
akazam@kslaw.com

Gregory A. Ruehlmann (No. 0093071)
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
(404) 572-4600
gruehlmann@kslaw.com

**PORTER WRIGHT MORRIS & ARTHUR LLP**

*/s/ Tami H. Kirby*

Tami H. Kirby (No. 0078473)
Emma M. Walton (No. 0100024)
One South Main Street, Suite 1600
Dayton, OH 45402
Tel. (937) 449-6721
Fax (937) 449-6820
tkirby@porterwright.com

*Attorneys for Plaintiffs Dayton Area Chamber of Commerce, Ohio Chamber of Commerce, Michigan Chamber of Commerce, and Chamber of Commerce of the United States of America*

**U.S. CHAMBER LITIGATION CENTER**

Andrew R. Varcoe (*pro hac vice*)
Jennifer B. Dickey (*pro hac vice*)
1615 H Street NW
Washington, DC 20062
(202) 463-5337

2

*Attorneys for Plaintiff Chamber of Commerce of the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, a true and correct copy of the foregoing *Unopposed Motion to Modify Briefing Schedule* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Tami H. Kirby
Tami H. Kirby (No. 0078473)

23317332