UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON AREA CHAMBER OF
COMMERCE, *et al*.,

    Plaintiffs,

vs.

XAVIER BECERRA,
In his Official Capacity as Secretary
of the U.S. Department of Health
and Human Services, *et al*.

    Defendants.

Case No. 3:23-cv-156

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

_____

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE CALENDAR (Doc. No. 62); AND (2) ISSUING A SECOND AMENDED CALENDAR BY WHICH THIS CASE SHALL PROCEED**

_____

The Court has reviewed Plaintiffs' unopposed motion to modify the amended briefing schedule. Doc. No. 62. In the first amended briefing schedule, the Court extended the deadlines proposed by Defendants to avoid requiring Plaintiffs to file their summary judgment motion within one day after the Order issued. Doc. No. 61. Considering Plaintiffs' readiness to file their motion for summary judgment, the Court is willing to accommodate the proposed schedule to promote efficiency.

The specific case management dates and deadlines in this case are as follows:

| | | |
|---|---|---|
| 1. | Plaintiffs' motion for summary judgment due: | **November 8, 2023** |
| 2. | Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment due: | **December 15, 2023** |
| 3. | Plaintiffs' reply and opposition to Defendants' cross-motion for summary judgment due: | **January 10, 2024** |

| 4. | Defendants' reply due: | **January 31, 2024** |
|---|---|---|

In light of the above, the unopposed motion to amend the calendar is **GRANTED** for good cause shown.

    **IT IS SO ORDERED.**

November 7, 2023                              s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                              United States District Judge