UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON AREA CHAMBER OF
COMMERCE, *et al.*,

    Plaintiffs,

vs.

XAVIER BECERRA,
In his Official Capacity as Secretary
of the U.S. Department of Health
and Human Services, *et al*.

    Defendants.

Case No. 3:23-cv-156

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME (Doc. No. 91); AND (2) EXTENDING THE REPLY BRIEF DEADLINE TO FEBRUARY 14, 2024**

---

    This case is before the Court upon Defendants' unopposed motion for an extension of time to file a reply brief.  Doc. No. 91.  For good cause shown, the Court **GRANTS** the unopposed motion and **EXTENDS** Defendants' reply brief deadline to **February 14, 2024**.

    **IT IS SO ORDERED.**

<u>January 18, 2024</u>                                   <u>s/Michael J. Newman</u>
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge