AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Dayton Area Chamber of Commerce et al,<br>*Plaintiff*<br>v.<br>Xavier Becerra et al,<br>*Defendant* | Civil Action No. 3:23-cv-156 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   For the foregoing reasons, the Court: (1) DENIES Plaintiffs' motion for summary judgment (Doc. No. 64); (2) GRANTS Defendants' motion to dismiss (Doc. No. 71); and (3) DISMISSES this case without prejudice. This case is TERMINATED on the docket. IT IS SO ORDERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Michael J. Newman   on a motion for   Summary Judgment and Dismissal .

Date:  8/8/2024

CLERK OF COURT

*Anne Wamsley*

Signature of Clerk or Deputy Clerk