AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Dayton Area Chamber of Commerce et al, <br> *Plaintiff* <br> v. <br> Xavier Becerra et al, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:23-cv-156 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** For the foregoing reasons, the Court: (1) DENIES Plaintiffs' motion for summary judgment (Doc. No. 64); (2) GRANTS Defendants' motion to dismiss (Doc. No. 71); and (3) DISMISSES this case without prejudice. This case is TERMINATED on the docket. IT IS SO ORDERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Summary Judgment and Dismissal.

Date: 8/8/2024

CLERK OF COURT

*Anne Wamsley*
Signature of Clerk or Deputy Clerk