## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DAYTON AREA CHAMBER OF
COMMERCE, *et al.*,

                Plaintiffs,

     v.

XAVIER BECERRA, *et al.*,

                Defendants.

No. 3:23-cv-156-MJN-PBS

### NOTICE OF SUBSTITUTION OF ATTORNEY OF RECORD

Pursuant to Local Rule 83.4, please take notice that the undersigned hereby withdraws as attorney of record for Defendant in the above-captioned matter, because the undersigned is departing the U.S. Department of Justice, to be substituted by the remaining attorneys of record for Defendants, who will continue to represent Defendants in this matter.

Dated: January 17, 2025          Respectfully submitted,

                         /s/ Brian D. Netter
                         BRIAN D. NETTER
                         Deputy Assistant Attorney General
                           (DC Bar No. 979362)
                         U.S. Department of Justice, Civil Division
                         950 Pennsylvania Avenue, NW
                         Washington, DC 20530

                         Tel: (202) 514-2000
                         Email: brian.netter@usdoj.gov