# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DAYTON AREA CHAMBER OF COMMERCE *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:23-cv-00156-MJN-PBS |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,[1] | Judge Michael J. Newman |
| | Magistrate Judge Peter B. Silvain, Jr. |
| Defendants. | |

**NOTICE OF SUBSTITUTION**

Pursuant to Local Rule 83.4(b), Defendants provide notice that Michael J. Gaffney, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, is withdrawing as counsel for Defendants in the above-captioned matter. Mr. Gaffney is leaving the Department of Justice on March 7, 2025. Mr. Gaffney will no longer be associated with this case.

Defendants remain represented by Stephen M. Pezzi, Christine L. Coogle, and Cassandra Snyder, all of whom have previously entered appearances as counsel on behalf of Defendants in the above-captioned matter.

DATE: March 6, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ERIC J. HAMILTON
　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

---

[1] Under Federal Rule of Civil Procedure 25(d), Robert F. Kennedy, Jr., Secretary of the Department of Health and Human Services, is substituted as a defendant in his official capacity for his predecessor, Xavier Becerra. Stephanie Carlton, Acting Administrator of the Centers for Medicare & Medicaid Services, is substituted as a defendant in her official capacity for her predecessor, Chiquita Brooks-Lasure.

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 514-2356
Email: michael.j.gaffney@usdoj.gov

*Counsel for Defendants*